AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Broadcast Music, Inc. et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| HB Global LLC d/b/a Fuzzy's Southwest Sports Grills and Erik D. Borgedalen and Michael A. Hoffert | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Erick D. Borgedalen
1926 N Oleander St
Tempe, AZ 85281

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Deatherage
Gallagher & Kennedy, P.A.
2575 E Camelback Rd., Ste. 1100
Phoenix, AZ 85016-9225
602-530-8000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

2:55 pm, Oct 07, 2011
s/ Richard H. Weare, Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Erick D. Borgedalen__
was received by me on *(date)* __10/13/11__ .

☒ I personally served the summons on the individual at *(place)* __18795 N. Reems Rd, Ste 107-109, Surprise, AZ 85374__ on *(date)* __10/19/11 AT 3:30pm__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __26.00__ for services, for a total of $ __26.00__ .

I declare under penalty of perjury that this information is true.

Date: __10/19/11__

_____
Server's signature

__Jerry Horacek         Process Server__
Printed name and title

__P.O. Box 16612, Phoenix, AZ 85011__
Server's address

Additional information regarding attempted service, etc: